UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Mariclar Osorio,<br><br>            Plaintiff,<br>  v.<br><br>Robert Wilkie, Secretary of U.S. Department of Veterans Affairs,<br><br>            Defendant. | Case No. 2:21-cv-00056-ART-DJA<br><br>ORDER |

Plaintiff filed this claim of disability discrimination against Defendant Robert Wilkie, then Secretary of the U.S. Department of Veterans Affairs, in January 2021. (*See* ECF No. 1.) This Court ordered Plaintiff to complete and file a summons on Defendant within thirty days of October 14, 2022. (ECF No. 12.) Defendant filed proof of a summons issued on Denis Richard McDonough, current Secretary of the United States Department of Veterans Affairs, on October 31, 2022, (ECF No. 13), and that summons was returned executed on November 10, 2022. (ECF No. 14.) To date, Defendant Denis Richard McDonough has not entered an appearance.

This Court ORDERS Defendant to show cause by October 14, 2024, for why this Court should not instruct the Clerk to enter an order of default against Defendant.

DATED THIS 30th day of September, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1