UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARICLAR OSORIO, | Case No. 2:21-cv-00056-ART-DJA |
| Plaintiff, | ORDER |
| v. | |
| ROBERT WILKIE, Secretary of U.S. Department of Veterans Affairs, | |
| Defendant. | |

On October 29, 2024, the Court ordered Plaintiff Mariclar Osorio to provide proof of proper service upon the Veterans Administration by December 27, 2024, pursuant to Federal Rule of Civil Procedure 4(i). (ECF No. 18.) Plaintiff failed to do so.

Consequently, this Court ordered Plaintiff to show cause, within thirty days of August 18, 2025, for why it should not recommend dismissal of her case for her failure to comply with the Court's order. (ECF No. 22). Plaintiff has not responded, and the set deadline has passed.

It is therefore ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court is instructed to CLOSE this case accordingly.

Dated this 30th day of September 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1